```
 1 McGREGOR W. SCOTT
   United States Attorney
 2 HEIKO P. COPPOLA
   Assistant U.S. Attorney
 3 501 I Street, Suite 10-100
   Sacramento, California 95814
 4 Telephone: (916) 554-2770
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9           IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 UNITED STATES OF AMERICA,     ) No. CR-S-07-181 GEB
                                 )
12              Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                 ) STATUS CONFERENCE
13      v.                       )
                                 )
14 CLAUDIA DIAZ,                 ) Date: September 14, 2007
                                 ) Time: 9:00 a.m.
15              Defendant.       ) Judge: Garland E. Burrell, Jr.
   _____ )
16
17      It is hereby stipulated and agreed to between the United
18 States of America, by and through Heiko P. Coppola, Assistant
19 U.S. Attorney, and Claudia Diaz, by and through her counsel,
20 David LeBeouf, Attorney at Law, that the status conference
21 presently set for July 27, 2007 be vacated and rescheduled for
22 status conference on September 14, 2007, at 9:00 a.m.
23      This continuance is being requested because defense counsel
24 needs additional time for defense preparation and the parties
25 need additional time for plea negotiations.
26      It is further stipulated that the period from July 27, 2007,
27 through and including September 14, 2007 be excluded in computing
28 the time within which trial must commence under the Speedy Trial
```

Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4 for continuity and preparation of counsel.

Dated: July 24, 2007

                                  Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                         By:  /s/ Heiko P. Coppola
                            HEIKO P. COPPOLA
                            Assistant U.S. Attorney

Dated: July 24, 2007

                                /s/ Heiko P. Coppola for
                                DAVID LEBEOUF
                                Attorney at Law
                                Attorney for Defendant
                                Per telephonic authority

IT IS SO ORDERED.

Dated:  July 27, 2007

                              GARLAND E. BURRELL, JR.
                              United States District Judge