```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  HEIKO P. COPPOLA
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2770

 5

 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,     ) CR-S-07-181 GEB
                                  )
12               Plaintiff,       ) STIPULATION AND ORDER CONTINUING
                                  ) STATUS CONFERENCE
13       v.                       )
                                  )
14  CLAUDIA DIAZ,                 ) Date: November 30, 2007
                                  ) Time: 9:00 a.m.
15               Defendant.       ) Judge: Garland E. Burrell, Jr.
                                  )
16  _____ )
```

17      It is hereby stipulated and agreed to between the United

18 States of America, by and through Heiko P. Coppola, Assistant

19 U.S. Attorney, and Claudia Diaz, by and through her counsel,

20 Gilbert Roque, Attorney at Law, that the status conference

21 presently set for November 2, 2007 be vacated and rescheduled for

22 status conference on November 30, 2007, at 9:00 a.m.

23      This continuance is being requested because defense counsel

24 needs additional time for defense preparation and the parties

25 need additional time for plea negotiations.

26      It is further stipulated that the period from November 2,

27 2007, through and including November 30, 2007 be excluded in

28 computing the time within which trial must commence under the

1  Speedy Trial Act, pursuant to 19 U.S.C. § 3161(h)(8)(B)(iv) and
2  Local Code T-4 for continuity and preparation of counsel.
3  Dated: October 30, 2007

                                    Respectfully submitted,

                                    McGREGOR W. SCOTT
                                    United States Attorney

                              By:    /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney

Dated: October 30, 2007

                                     /s/ Heiko P. Coppola for
                                    GILBERT ROQUE
                                    Attorney at Law
                                    Attorney for Defendant
                                    Per e-mail authority


IT IS SO ORDERED.

Dated: October 30, 2007

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge