McGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Room 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. CLAUDIA DIAZ, Defendant. | CASE NO. CR-S-07-0181<br>ORDER REFERRING DEFENDANT TO BUREAU OF PRISONS FOR MENTAL EXAMINATION PURSUANT TO 18 U.S.C. §§ 4241(a), 4247(b) and (c)<br>DATE: February 22, 2008<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell |

This matter was on calendar for trial confirmation hearing on February 22, 2008. Assistant U.S. Attorney Heiko P. Coppola appeared on behalf of the government. The defendant appeared, in custody, with her attorney, Gilbert Roque, Esq. Defense counsel represented to the Court that based upon his interaction with the defendant, he had serious concerns about the defendant's mental competency to the extent that she is unable to assist properly in her defense, and pursuant to 18 U.S.C. § 4241(a), requested an evaluation and hearing on the matter. Defense counsel made a proffer supporting his motion. The Government did not object to defense counsel's proffer or motion.

Based upon defense counsel's proffer, the Court finds there is reasonable cause, to believe that the defendant may presently be

suffering from a mental disease or defect rendering her mentally incompetent to assist properly in her defense. It is therefore ordered as follows:

1. Pursuant to 18 U.S.C. § 4241(b), the defendant is referred to the Bureau of Prisons for a psychiatric or psychological examination and report in accordance with the provisions of 18 U.S.C. § 4247(b) and (c) to assist the Court in determining the defendant's mental competence.

Under 18 U.S.C. § 4247(b), the psychiatric or psychological examination shall be completed by a licensed or certified psychiatrist or psychologist. The examining psychiatrist or psychologist shall prepare a report which shall be submitted to the Court with copies to the attorney for the government and the attorney for the defendant, as follows:

Attorney for the government:
Heiko P. Coppola
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2770

Attorney for the defendant:
Gilbert Roque, Esq.
Attorney at Law
913 Court Street
Woodland, CA 95695
(530) 666-1935

The report shall include the following information:

(1) the defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and

(A) whether the defendant is suffering from a mental disease or defect rendering her mentally incompetent to the extent

that she is unable to assist properly in her defense.

2. A status conference is scheduled for Friday, April 4, 2008, at 9:00 a.m., to check on the progress of the above referral.

3. Time is excluded from the Speedy Trial Act calculation for the delay resulting from the proceedings, including the examination, to determine the defendant's mental competency, pursuant to 18 U.S.C. § 3161(h)(1)(A) and Local Code A.

4. The jury trial date in this matter, set for March 18, 2008, is hereby vacated.

5. The Clerk of the Court shall serve a copy of this order on the United States Marshal, who shall immediately coordinate with the Bureau of Prisons to effectuate the defendant's transfer to an appropriate facility as soon as possible. The Clerk of the Court shall also serve a copy of this order on the Bureau of Prisons.

IT IS SO ORDERED.

Dated: February 25, 2008

GARLAND E. BURRELL, JR.
United States District Judge