IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )        2:07-cr-0181-GEB
                                 )
            Plaintiff,           )        ORDER
                                 )
      v.                         )
                                 )
CLAUDIA DIAZ,                    )
                                 )
            Defendant.           )
_____)

On June 10, 2008, the Court received from the warden of the United States Department of Justice, Federal Bureau of Prisons, Metropolitan Detention Center, Los Angeles, California, the attached letter dated June 4, 2008, to which is appended a forensic evaluation.  This Order shall be filed on the public docket; however, all documents attached to this Order shall be sealed since they concern Defendant's mental status.  The Clerk of Court shall serve this Order on the parties but need not serve the attached documents because they were mailed to counsel on June 10, 2008.

IT IS SO ORDERED.

Dated:  June 10, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge