```
MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
DANIEL S. McCONKIE
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>             Plaintiff,       )<br>                              )<br>     v.                       )<br>                              )<br>CLAUDIA DIAZ,                 )<br>                              )<br>             Defendant.       )<br>_____) | CASE NO. 2:07-CR-0181 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND FILING DATE<br>FOR TRIAL MOTIONS IN LIMINE |

     On August 22, 2008, a trial confirmation hearing was held before this Court.  At that time, this Court ordered that any motions in limine be filed no later than 4:30 p.m. on August 28, 2008.  It is taking longer than anticipated for the defense and the government to complete their motions in limine for the trial in this matter.  The parties are diligently attempting to resolve all potential issues short of filing formal motions.  The government and the defense anticipate being able to file their motions in limine by September 2, 2008.  Accordingly, the parties hereby stipulate that motions in limine in this case be filed not later than 4:30 p.m. on September 2, 2008, with responses to said motions due not later than September 4, 2008.  Hearing on the

motions in limine will commence at 11:00 a.m. on September 8, 2008, as set out in this Court's trial confirmation order.

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: August 29, 2008      By:  /s/ Heiko P. Coppola
                                          HEIKO P. COPPOLA
                                          Assistant U.S. Attorney

DATE: August 29, 2008         /s/ Gilbert A. Roque[1]
                                          GILBERT A. ROQUE
                                          Attorney for Defendant

**IT SO ORDERED.**

Dated:  August 29, 2008

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge

---

[1] Defense counsel authorized AUSA Coppola to electronically sign this stipulation and order for continuance of this matter.